UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PAULETTE E. GORDON, | )<br>) |
| Plaintiff, | )    2:11-cv-859-KJD-RJJ<br>) |
| vs. | )<br>) |
| GARY LOCKE, etc., *et al.*, | )    <u>O R D E R</u><br>) |
| Defendant, | ) |

This matter is before the Court on an Application to Proceed in District Court Without Prepaying Fees or Costs (#1).

The Court having reviewed the Application (#1) and the file herein and good cause appearing therefore,

IT IS HEREBY ORDERED that the Application to Proceed in District Court Without Prepaying Fees or Costs (#1) is **DENIED AS MOOT** in light of the Application (#2) and the Court's Order (#6).

DATED this  29th  day of June, 2011.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge